IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUSTEES OF UNITED ASSOCIATION NATIONAL PENSION FUND,     )<br>)<br>)<br>Plaintiff,     )<br>)<br>v.     )<br>)<br>ALPHA OMEGA MECHANICAL, LLC,     )<br>)<br>Defendant.     ) | Civil Action No. 1:21-cv-1154 |

## ORDER

On February 18, 2022, United States Magistrate Judge John F. Anderson entered the Proposed Findings of Fact and Recommendation (the "Report") in this case, recommending that default judgment be entered in favor of Plaintiff Trustees of the United Association National Pension Fund and against Defendant Alpha Omega Mechanical, LLC.

Upon consideration of the record and Judge Anderson's Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Dkt. 14).

Accordingly,

It is hereby **ORDERED** that plaintiff's motion for default judgment (Dkt. 10) is **GRANTED**.

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

1

It is further **ORDERED** that **DEFAULT JUDGMENT** be entered in favor of Plaintiff and against Defendant.

It is further **ORDERED** that default judgment is entered against Defendant and in favor of Plaintiff in an amount of $110,663.36, which consists of (i) $88,524.90 in unpaid contributions for June 2020 and December 2020 through September 2021; (ii) $8,852.49 in liquidated damages; (iii) $10,188.93 in interest through February 18, 2022; (iv) $2,343.75 in attorney's fees; and (v) $753.29 in costs.

The Clerk of the Court is directed to enter Rule 58 judgment against Defendant and in favor of Plaintiff in an amount of $110,663.36, which consists of (i) $88,524.90 in unpaid contributions for June 2020 and December 2020 through September 2021; (ii) $8,852.49 in liquidated damages; (iii) $10,188.93 in interest through February 18, 2022; (iv) $2,343.75 in attorney's fees; and (v) $753.29 in costs.

The Clerk is further directed to provide a copy of this Order to all counsel of record, to Defendant's last known addresses of record, and to place this matter among the ended causes.

Alexandria, Virginia
April 28, 2022

/s/
_____
T. S. Ellis, III
United States District Judge

2